IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01922-RPM

STEPHEN CHRISTY,

    Plaintiff,

v.

RGIS, LLC,

    Defendant.

_____

## ORDER FOR FILING AMENDED COMPLAINT
_____

In response to the defendant's motion to dismiss, filed September 9, 2010, the plaintiff has submitted an amended complaint with a motion to amend on September 23, 2010, and it is now

ORDERED that the amended complaint submitted September 23, 2010, is filed and the motion to amend complaint and motion to dismiss are moot.

DATED: September 24th, 2010

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge