# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

| | |
|---|---|
| Date: | January 5, 2011 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

___

Civil Action No. 10-cv-01922-RPM

STEPHEN CHRISTY,                                                                                   Michael R. Meaux

     Plaintiff,

v.

REGIS, LLC,                                                                                              Cole A. Wist
                                                                                                                              Stacy D. Mueller

     Defendant.

___

## COURTROOM MINUTES
___

**Scheduling Conference**

**9:50 a.m.**      **Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding pending motion to dismiss, EEOC, case facts, discovery and settlement.

Counsel agree that there are no state law claims.
Counsel state they do not anticipate the use of any experts.

Court states its expert disclosures / reports and orders of reference to magistrate judge practices.

Mr. Meaux states he intends to review the personnel file.
Counsel request that the case be referred to a magistrate judge to discuss settlement.

**ORDERED:**    **Defendant Regis, LLC's Partial Motion to Dismiss, filed December 2, 2010 [12], is moot.**
**Order of Reference to Magistrate Judge Mix will enter for the purpose of conducting settlement.**
**Scheduling Order approved.**

**10:07 a.m.**      **Court in recess.**        Hearing concluded.  Total time: 17 min.