IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01922-RPM-KLM

STEPHEN CHRISTY,

      Plaintiff,

v.

RGIS, LLC,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court pursuant to the Defendant's **Unopposed Motion for Leave Related to Affidavit for Attorney Fees and Costs** [Docket No. 26; Filed February 22, 2011] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that counsel for Defendant need not file an affidavit stating costs and fees pursuant to the Order [Docket No. 24] of February 14, 2011.  In that regard only, the Order [#24] is **vacated**.

      Dated:  February 23, 2011