IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01922-RPM-KLM

STEPHEN CHRISTY,

    Plaintiff,

v.

RGIS, LLC,

    Defendant.

_____
### ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [29] filed March 7, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: March 8th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge